**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MAHALA AULT, STACIE RHEA and**
**DAN WALLACE,**

            **Plaintiffs,**

-vs-                                      Case No. 6:07-cv-1785-Orl-31KRS

**WALT DISNEY WORLD CO.,**

            **Defendant.**

_____

## NOTICE OF FINDINGS

On September 12, 2008, the United States Court of Appeals for the Eleventh Circuit remanded this case "for the limited purpose of determining when Jonathan Riches's notice of appeal, which was docketed by the district court on August 1, 2008, was delivered to prison officials for forwarding to the district court." (Doc. 69). On September 17, 2008, the remand order was docketed in this court. (Doc. 69).

As this case does not involve the Department of Justice or FCI Williamsburg – the prison in which Riches is currently incarcerated – the Court could not order the prison officials to provide this information. On September 18, 2008, a member of the Court's staff reached Riches's case manager at FCI Williamsburg by phone, and was informed that prisoners (including Riches) drop their mail into a "legal mail box" rather than delivering it to prison officials. As such, according to the case manager, prison officials did not know when Riches mailed the notice of appeal.

The Court notes that the envelope bearing Riches' (undated) notice of appeal was date-stamped "30 July 20", with the digits following "20" – presumably, "08" – obscured by postage

stamps. Aside from this, neither the notice of appeal nor the envelope contain any indication as to when they left Riches's possession. Accordingly, and assuming that dropping the notice of appeal in a "legal mail box" constitutes delivery to prison officials for forwarding to the district court, the Court finds that the notice of appeal was delivered to prison officials for forwarding to the district court on or before July 30, 2008.

The Clerk is directed to return the record, as supplemented, to the United States Court of Appeals for the Eleventh Circuit for further proceedings.

**DONE** in Chambers, Orlando, Florida on September 19, 2008.

*[signature]*
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party