**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MAHALA AULT, STACIE RHEA and
DAN WALLACE,**

        **Plaintiffs,**

**-vs-**                                            **Case No. 6:07-cv-1785-Orl-31KRS**

**WALT DISNEY WORLD CO.,**

        **Defendant.**
_____

# ORDER

This matter came before the Court without oral argument upon consideration of the parties' Joint Supplemental Brief Regarding Notice of Settlement (Doc. 84) and the Court's January 5, 2009, Order granting preliminary approval to the parties' settlement (Doc. 83).

While the Court granted preliminary approval to the parties' settlement on January 5, 2009, the Court ordered the parties' to file a file a joint supplemental brief proposing, in detail, the means by which the best notice practicable could be provided to the class (Doc. 83). Upon review of the parties' Joint Supplemental Brief Regarding Notice of Settlement, the Court concludes that the parties' newly proposed method of providing notice to the class satisfies the requirements of FED. R. CIV. P. 23(e)(1).

As previously noted by the Court (Doc. 83 at 12), the Court has prepared its own Notice of Class Action Settlement and Fairness Hearing (the "Notice"), which is attached to the instant order. Furthermore, the Court has set a date-certain for the fairness hearing of Tuesday, March 31, 2009. The hearing will begin promptly at 9:00 a.m.

Accordingly, it is hereby **ORDERED** that, **by no later than Friday, February 6, 2009**,

- Class counsel will send the attached Notice by both standard U.S. mail and email to the 63 individuals whom counsel have previously identified as having a mobility disability and expressed an interest in bringing a Segway to the Walt Disney World Resort or Disneyland Resort;

- Class counsel will send the attached Notice by both standard U.S. mail and email to Jerry Kerr, President of DRAFT and its Segs4Vets program, with instructions that the notice be emailed to all of DRAFT's members, posted on "DRAFT Chat" as well as on DRAFT's and Segs4Vets' web site(s) in a reasonably conspicuous and accessible area of same;

- Class counsel will send the attached Notice by both standard U.S. mail and email to the Executive Director of Rehabilitation Engineering and Assistive Technology Society of North America ("RESNA"), with instructions that the notice be emailed to all of RESNA's members; and

- If any additional organizations which could appropriately provide notice to absent class members are called to the attention of class counsel, counsel will send the attached Notice by both standard U.S. mail and email to the president or director of such organization with instructions that the notice be emailed to all of the organization's members.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 21, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE