# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MAHALA AULT, STACIE RHEA and DAN WALLACE,**

        **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　Case No. 6:07-cv-1785-Orl-31KRS

**WALT DISNEY WORLD CO.,**

        **Defendant.**

_____

## ORDER

Upon consideration of the Motion to Intervene (Doc. 128) and Defendant's Response thereto (Doc 147), it is

**ORDERED** that said Motion is DENIED as untimely and unwarranted.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 24, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE