**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| MAHALA AULT, STACIE RHEA and DAN WALLACE,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>WALT DISNEY WORLD CO.,  )<br>)<br>Defendant.  ) | Case No.:  6:07-CV-1785-GAP-KRS |

**JOINT MOTION TO AMEND THE JOINT STIPULATION
OF SETTLEMENT AND RELEASE TO REMOVE
<u>RESTRICTION ON COMMUNICATIONS WITH THE MEDIA</u>**

Plaintiffs Mahala Ault, Stacie Rhea and Dan Wallace, individually and on behalf of all others similarly situated, and defendant Walt Disney World Co. (collectively, the "Parties") hereby move this Court for approval to amend their Joint Stipulation of Settlement and Release ("Stipulation of Settlement") to remove restriction on communications with the media, and in support thereof state as follows:

1. On December 26, 2008, the Parties executed and filed the Stipulation of Settlement which sets forth the terms of their settlement agreement. *See* Doc. 82, Exhibit 1.

2. The first sentence in paragraph 12(g) of the Stipulation of Settlement states that "[t]he Parties and their counsel agree that they will not issue any press releases, initiate any contact with the media, respond to any media inquiry or have any communications with the media about this case and/or the fact, amount or terms of the settlement."[1]

---

[1] This same language was also included in paragraph 12(g) of the initial Stipulation of Settlement which was filed on December 5, 2008. *See* Doc. 79, Exhibit 1.

3. At the time the Stipulation of Settlement was filed, it had not been approved by the Court or made public. Under those circumstances, the Parties believed that the above limitation on contacts with the press was appropriate. At the time, there were no objectors in the case.

4. On January 5, 2009, this Court granted preliminary approval of the settlement. *See* Doc. 83. On February 6, 2009, the settlement became public and was sent to class members and posted on DRAFT's website.

5. The settlement agreement has been public for some time. It has generated inquiries from the media and public statements by some objectors, including DRAFT.

6. Because the existing restriction prevents only the named parties and their counsel from responding to media inquiries about this matter, and because the restriction is no longer necessary, the Parties seek to eliminate this provision from the Stipulation of Settlement.

7. The Parties' interest is to be able to respond to reporters' questions and to ensure accuracy, not to generate publicity.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that this Court grant this Joint Motion to Amend the Joint Stipulation of Settlement and Release by removing the first sentence of paragraph 12(g).

Dated: May 29, 2009                                              Respectfully submitted,

s/Kerry Alan Scanlon                                             s/John A. Baker
Kerry Alan Scanlon                                               John A. Baker
Jeremy M. White                                                  Illinois Bar No. 6244334
Kaye Scholer LLP                                                 Baker, Baker & Krajewski, LLC
901 15th Street, NW                                              415 South Seventh Street
Washington, DC  20005                                            Springfield, Illinois  62701
Phone:  (202) 682-3500                                           Telephone:  (217) 522-3445
Fax:  (202) 682-3580                                             Facsimile:  (217) 522-8234
kscanlon@kayescholer.com                                         Email:  johnbakerlaw@sbcglobal.net

3

jewhite@kayescholer.com

s/Manuel Kushner
Manuel Kushner
Florida Bar Number: 330957
Kaye Scholer LLP
Phillips Point, West Tower
Suite 900
777 South Flagler Drive
West Palm Beach, FL 33401-6163
Phone: (561) 802-3230
Fax: (561) 802-3217
mkushner@kayescholer.com

s/Bernard H. Dempsey, Jr.
Bernard H. Dempsey
Florida Bar No. 107697
Dempsey & Associates, P.A.
1560 Orange Avenue, Suite 200
Winter Park, Florida 32789
Telephone: (407) 422-5166
Facsimile: (407) 422-8556
Email: bhd@dempsey-law.com

s/J. Phillip Krajewski
J. Phillip Krajewski
Illinois Bar No. 3122935
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone: (217) 522-3445
Facsimile: (217) 522-8234
Email: jpklaw@sbcglobal.net

s/Jason M. Medley
Jason M. Medley
Texas Bar No. 24013153
O'Donnell, Ferebee, Medley & Keiser, P.C.
450 Gears Road, 8th Floor
Houston, Texas 77067
Telephone: (281) 875-8200
Facsimile: (281) 875-4962
Email: jmedley@ofmklaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 29, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

                                        s/ Jeremy M. White
                                        Jeremy M. White
                                        Kaye Scholer LLP
                                        901 15th Street, NW
                                        Washington, DC  20005
                                        Telephone (202) 682-3644
                                        Facsimile (202) 414-0329
                                        jewhite@kayescholer.com