UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| Disability Rights Advocates for Technology (DRAFT), Daniel M. Gade, and Jerry Miller, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiff-Intervenors | ) ) ) | |
| v. | ) ) | Case No. 07-cv-1785 |
| WALT DISNEY WORLD CO., | ) ) ) | |
| Defendants | ) | |

## OPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

The undersigned, David G. Geffen, hereby moves this Court pursuant to Local Rule 2.03 for leave to withdraw as counsel for proposed interveners and Objectors, except Objector Tina Baughman, and states as follows:

1. The undersigned counsel represented the Objectors, including DRAFT and 94 individual Objectors (including Tina Baughman), as well as several proposed plaintiffs in intervention in this matter from February 2009 to the present. Attorneys David Ferleger and Aaron Bates have acted as co-counsel for

the Objectors and proposed interveners as well.

2.  The settlement fairness hearing has been concluded and the parties' briefs will be filed shortly, with the case thereupon taken under advisement by this Honorable Court. Based on confidential communications between Attorney Geffen and DRAFT, and the Objectors on whose behalf the 94 objections were submitted, Attorney Geffen will no longer provide representation to them in this case. This is a voluntary and amicable decision.

3.  Prior to the filing of this case, Attorney Geffen represented Objector Tina Baughman in a similar lawsuit in federal court in California and he continues to represent her in connection with that litigation. Whether there is any need for any action as appellant or appellee on her behalf after this Court's ruling on the settlement is unknown and does not bear on Attorney Geffen's withdrawal from representation of the other Objectors.

4.  Attorneys David Ferleger and Aaron Bates will continue to act as counsel for the interveners and Objectors, except Tina Baughman. The withdrawal of Attorney Geffen, therefore, will not occasion any delay in the resolution of this matter, nor will the withdrawal prejudice any party, or the administration of justice. See Obermaier v. Driscoll, 2000 WL 33175446 (M.D. Fla. 2000). Objectors will file a single post hearing brief as previously planned.

5.  On June 29, 2009, Mr. Geffen sent notice to all counsel that pursuant

to Local Rule 2.03, he is withdrawing as counsel for DRAFT, the 94 Objectors, and the intervenor plaintiffs, except Tina Baughman, who Mr. Geffen will continue to represent. Mr. Geffen explained his intention to file his request for leave to withdraw later this week, absent any objections.

6. After giving the required notice, Mr. Geffen received only one objection, from Disney's attorney Kerry Scanlon. On June 30, 2009, Mr. Scanlon phoned Mr. Geffen and said that he had questions to determine whether or not Mr. Geffen's withdrawal was in his client's best interest. Specifically, he wanted to know whether or not Mr. Geffen would be filing separate briefs for Ms. Baughman. Mr. Geffen told him that he had no intention to file a separate post trial brief for Baughman, but that he and his co-counsel had not decided whether or not they would be filing separate appellate briefs for Objectors if this court's ruling sustains the settlement. Based on this, Mr. Scanlon said that he would object to Mr. Geffen's withdrawal.

/ / /

/ / /

/ / /

WHEREFORE, the undersigned, David G. Geffen, Esq. respectfully requests that the Court enter an Order terminating the undersigned as counsel of record for interveners and Objectors, except Tina Baughman, in this case.

Dated: July 2, 2009                           Respectfully submitted,

By: _____
David G. Geffen
David Geffen Law Firm
530 Wilshire Blvd, Suite 205
Santa Monica, CA 90401
301-434-1111
(Application for Pro Hac Vice granted)

Certificate of Service

      I hereby certify that on July 2, 2009, I electronically filed the foregoing with the Clerk of the Court by using the ECF system which will send a notice of electronic filing to the following:

Bernard H. Dempsey, Jr., Esquire
Dempsey & Associates, PA
1560 Orange Avenue, Suite 200
Winter Park, FL  32789-5544
bhd@dempsey-law.com

Jason M. Medley, Esquire
O'Donnell, Ferebee, Medley & Keiser, PC
450 Gears Road, Suite 800
Houston, TX  77067
jmedley@ofmklaw.com

John A. Baker, Esquire
and J. Phillip Krajewski, Esquire
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, IL  62701
johnbakerlaw@sbcglobal.net
jpklaw@sbcglobal.net

Jeremy M. White, Esquire
Kerry Alan Scanlon, Esquire
Manuel Kushner, Esquire
Kaye Scholer, LLP  901 15th St NW, Suite 1100  Washington, DC 20005
jewhite@kayescholer.com
kscanlon@kayescholer.com
mkushner@kayescholer.com

Aaron C. Bates, Esquire
Bates Mokwa, PLLC
126 E. Jefferson Street
Orlando, FL  32801
abates@batesmokwa.com

Christopher T. White, Esquire
Advocacy Center for Persons with Disabilities, Inc.
1000 N. Ashley Drive, Suite 640
Tampa, FL 33602
christopherw@advocacycenter.org

David Ferleger, Esquire
10 Presidential Blvd., Suite 115
Bala Cynwyd, PA 19006
david@ferleger.com