**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MAHALA AULT, STACIE RHEA, and**
**DAN WALLACE,**

**Plaintiffs**

**v.**                                             **Case No. 6:07-CV-1785-ORL-KRS**

**WALT DISNEY WORLD CO.,**

**Defendant.**

_____

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR**
**INDIVIDUAL OBJECTOR TINA BAUGHMAN**

The undersigned counsel for Class Members Disability Rights Advocates for Technology ("DRAFT"), Jerry Kerr, Tina Baughman, Alan A. Maccini, Daniel M. Gade, James F. Overby, Jerry Miller, Ron Lachman, and the individual objectors identified in **Exhibit D**, as amended (collectively the "Objectors") of the Objection in Opposition to Approval of the Settlement and to Class Certification (the "Objection") (*see* Dkt. #97), do hereby respectfully move this Court to enter an Order permitting them to withdraw as attorneys of record for Tina Baughman in this proceeding, pursuant to L.R. 2.03, and as grounds therefore state as follows:

1.      On or about July 8, 2009, Attorney David Geffen filed an "Opposed Motion for Leave to Withdraw as Counsel" for all Objectors, excluding Ms. Tina Baughman ("Baughman"). See Dkt. #215.

2.      The Court entered an Order granting the aforementioned motion on July 9, 2009. See Dkt. #216.

3.      The docket still lists Attorney Bates and Attorney Ferleger as counsel for Baughman and she has been advised of Attorney Bates and Attorney Ferleger's intention to withdraw as her counsel in this case.

4.      Baughman will continue to be represented by Attorney Geffen, and will suffer no prejudice if this motion is granted. Mr. Geffen represents her in a similar matter in California which was already in litigation at the time the objections in this case were filed.

5.      The undersigned file the instant motion out of an abundance of caution so as to clarify on the Court's docket, which attorneys represent those identified above.

6.      The withdrawal of Attorney Bates and Attorney Ferleger, therefore, will not occasion any delay or any need for any continuance, nor will the withdrawal prejudice any party, or the administration of justice. See Obermaier v. Driscoll, 2000 WL 33175446 (M.D. Fla. 2000).

7.      Pursuant to L.R. 2.03(b), undersigned counsel has given opposing counsel ten (10) days' notice prior to seeking withdrawal.

8.      Baughman has waived her right to notice under L.R. 2.03(b) and consented to the withdrawal of Attorney Bates and Attorney Ferleger in this matter.

9.      Pursuant to L.R. 3.01(g), undersigned counsel has conferred with counsel for Plaintiffs and Defendant and they do not oppose to the relief sought herein.

WHEREFORE, Aaron C. Bates, Esq. and David Ferleger, Esq., respectfully request this Court enter an Order granting their Motion to Withdraw as counsel of record for individual objector Tina Baughman in the above-captioned matter.

Respectfully submitted this 15th day of July 2009.

s/Aaron C. Bates
Attorneys for Individual Objectors and for
Disability Rights Advocates for Technology

**COUNSEL:**

Aaron C. Bates                         David Ferleger
BATES MOKWA, PLLC                      10 Presidential Boulevard
126 East Jefferson Street              Suite 115
Orlando, Florida 32801                 Bala Cynwyd, PA 19004
Telephone: (407) 893-3776             Telephone: (610) 668-2221
Facsimile: (407) 893-3779             Facsimile: (610) 668-3889
abates@batesmokwa.com                  david@ferleger.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 15th, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

s/ Aaron C. Bates
Aaron C. Bates

## SERVICE LIST

John A. Baker
J. Phillip Krajewski
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, IL 62701
Telephone: (217) 522-3445
Facsimile: (217) 522-8234
johnbakerlaw@sbcglobal.net
jpklaw@sbcglobal.net
**Attorneys for Dan Wallace**

Bernard H. Dempsey, Jr.
Dempsey & Associates, PA
1560 Orange Ave., Suite 200
Winter Park, FL 32789-5544
Telephone: (407) 422-5166
Facsimile: (407) 422-8556
bhd@dempsey-law.com
**Attorney for Mahala Ault**

David G. Geffen
David Geffen Law Firm
530 Wilshire Blvd Suite 205
Santa Monica, CA 90401
Telephone: (310) 434-1111
Facsimile: (310)-434-1115
geffenlaw@aol.com
**Attorney for Tina Baughman**

Gretchen E. Jacobs
U.S. Department of Justice
P.O. Box 66738
Washington, D.C. 20035-66738
Telephone: (202) 514-9584
Facsimile: (202) 307-1198
gretchen.jacobs@usdoj.gov
**Attorney for *Amicus Curiae***
**United States of America**

Jason M. Medley
O'Donnell, Ferebee, Medley & Keiser, PC
450 Gears Rd, Suite 800
Houston, TX 77067
Telephone: (281) 875-8200
Facsimile: (281) 875-4962
jmedley@ofmklaw.com
**Attorneys for Stacie Rhea**

Manuel Kushner
Kaye Scholer, LLP
Suite 900 W
777 S Flagler Dr
West Palm Beach, FL 33401
Telephone: 561/802-3230
Facsimile: 561/802-3217 (fax)
mkushner@kayescholer.com

Kerry Alan Scanlon
Jeremy M. White
Kaye Scholer, LLP
901 15th St NW, Suite 1100
Washington, DC 20005
Telephone: 202/682-3500
Facsimile: 202/682-3580
kscanlon@kayescholer.com
jewhite@kayescholer.com
**Attorneys for Defendants Walt Disney**
**World Co.**