**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MAHALA AULT, STACIE RHEA and
DAN WALLACE,**

                **Plaintiffs,**

**-vs-**                                                  **Case No. 6:07-cv-1785-Orl-31KRS**

**WALT DISNEY WORLD CO.,**

                **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL (Doc. No. 222)**
>
> **FILED:**       July 17, 2009
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**. The Clerk of the Court is directed to terminate attorneys Aaron C. Bates and David Ferleger as counsel of record for Objector Tina Baughman.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 20, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE