UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MAHALA AULT, STACIE RHEA, DAN WALLACE, for themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALT DISNEY WORLD CO.,<br><br>Defendant. | Case No. 07-cv-1785 |

## JOINT NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the Plaintiffs, Mahala Ault, Stacie Rhea, Dan Wallace, for themselves and on behalf of all others similarly situated, appeal to the United States Court of Appeals for the Eleventh Circuit from an Opinion and Order entered on October 6, 2009 and from an Order denying a Motion for Reconsideration dated November 5, 2009, dismissing Plaintiffs' Second Amended Complaint without prejudice.

Plaintiffs,

By: s/ John A. Baker

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone: (217) 522-3446
Facsimile: (217) 522-8234

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2009 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record and mailed by regular U.S. Mail to all Interested parties.

By: s/ John A. Baker

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone: (217) 522-3446
Facsimile: (217) 522-8234

Bernard H. Dempsey, Jr.
Dempsey & Associates, P.A.
1560 Orange Avenue, Suite 200
Winter Park, Florida 32789

Jason M. Medley
O'Donnell, Ferebee, Medley & Keiser, PC
450 Gears Road, Suite 800
Houston, Texas 77067

J. Phillip Krajewski
Baker, Baker & Krajewski, LLC
415 South 7th Street
Springfield, Illinois 62701

Aaron C. Bates
Bates Mokwa, PLLC
126 East Jefferson Street
Orlando, Florida 32801

David Ferleger
10 Presidential Blvd, Suite 115
Bala Cynwyd, Pennsylvania 19006

Jeremy M. White
Kaye Scholer, LLP
901 15th Street NW, Suite 1100
Washington, DC 20005

Kerry Alan Scanlon
Kaye Scholer, LLP
901 15th Street NW, Suite 1100
Washington, DC 20005

Manuel Kushner
Kaye Scholer, LLP
777 S. Flagler Drive, Suite 900 W
West Palm Beach, Florida   33401

Russell S. Kent
Office of the Attorney General
PL-01, The Capitol
Tallahassee, Florida 32399-1050

Jeffrey M. Feltman
Office of the Attorney General
1001 E. Main Street
Carbondale, Illinois 62901

Brant Harrell
Office of the Attorney General
425 5th Ave N.
PO Box 20207
Nashville, Tennessee 37202-0207

Ron Lachman
3140 Whisperwoods Ct.
Northbrook, Illinois 60062

Christopher T. White
Advocacy Center for Person with Disabilities, Inc.
1000 N. Ashley Drive, Suite 640
Tampa, Florida 33602

Disability Rights California
Bay Area Regional Office
1330 Broadway, Suite 50
Oakland, CA 94612

Advocacy, Inc.
Central Office-Legal Services Unit
7800 Shoal Creek Blvd, Suite 171-E
Austin, Texas 78757

Department of Fair Employment & Housing
1350 Front Street
San Diego, CA 92101-3610

Patrick McNamara
2908 Orchard Tree Lane
Toledo, OH 43617

Georgia Advocacy Office
150 East Ponce De Leon Avenue
Suite 430
Decatur, GA 30030

National Council on Independent Living
Burton Blatt Institute
1667 K. St. NW, Suite 640
Washington, DC 20006

Paralyzed Veterans of America
Burton Blatt Institute
1667 K. St. NW, Suite 640
Washington, DC 20006