**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MAHALA AULT, STACIE RHEA and**
**DAN WALLACE,**

            **Plaintiffs,**

**-vs-**                                                              **Case No. 6:07-cv-1785-Orl-31KRS**

**WALT DISNEY WORLD CO.,**

            **Defendant.**
_____/

## FINAL JUDGMENT

This cause having come before the undersigned United States District Judge, and upon the consent of Plaintiffs Mahala Ault, Stacie Rhea[1] and Dan Wallace, individually and on behalf of all others similarly situated, and defendant Walt Disney Parks and Resorts U.S., Inc. ("Worldco"), formerly known as Walt Disney World Co.,[2] (collectively, the "parties"), the Court enters final judgment as follows:

        1.        On December 26, 2008, the parties executed and filed the Joint Stipulation of Settlement and Release ("Settlement Agreement") which sets forth the terms of the parties' agreement. (*See* Doc. 82, Ex. 1.) Pursuant to paragraph 18 of the Settlement Agreement, the parties agreed to submit a proposed final order in connection with final approval of the settlement.

---

[1] Plaintiffs' counsel, Jason Medley, advised the Court that Stacie Rhea had passed away in October of 2010. (Doc. 245.)

[2] After the settlement agreement was executed, Walt Disney World Co. changed its name to Walt Disney Parks and Resorts U.S., Inc.

2. On April 4, 2011, this Court granted final class certification and final approval of the settlement. (Doc. 252, Order Approving Class Action Settlement.)

3. After reviewing and considering the relevant submissions, considering all objections, and hearing arguments of counsel at an extensive two-day fairness hearing, this Court found the Settlement Agreement to be "fair, adequate, and reasonable, and is not the product of collusion between the parties." (*Id*. at 9.)

4. This Final Judgment enjoins and prohibits any Settlement Class Member (as defined in paragraph 5 of the Settlement Agreement) from prosecuting against Worldco or its present or former parent companies, subsidiaries, affiliates, shareholders, officers, directors, employees, partners, agents, representatives, attorneys, insurers, and any other successors and assigns, any individual or class claims which were or could be asserted in this case, including without limitation any claims for declaratory or injunctive relief arising out of the acts, facts, transactions, occurrences, representations, or omissions set forth in the complaint and subsequent amended complaints.

5. Consistent with the terms of the Settlement Agreement, this Court hereby awards fifty-five thousand dollars ($55,000.00) to the firm of Baker, Baker & Krajewski, LLC and fifteen thousand dollars ($15,000.00) to the firm of O'Donnell, Ferebee, Medley & Keiser, P.C. in full payment of their attorneys' fees and costs in this case. Such amounts shall be paid within fourteen (14) days of the Effective Date of the Settlement Agreement, which is defined therein as the date upon which judgment of approval of the settlement has been entered by this Court, any and all appeals from that judgment have been exhausted, and the judgment is affirmed, or becomes final and non-appealable.

6. Consistent with the terms of the Settlement Agreement, this Court also awards four thousand dollars ($4,000.00) to each Mahala Ault, Stacie Rhea and Dan Wallace, which shall be paid within fourteen (14) days of the Effective Date of the Settlement Agreement.

7. The law firm of Dempsey and Associates, P.A. has not reached an agreement with Worldco regarding attorneys' fees and costs, and therefore this Court will set a hearing to resolve this issue.

8. This case is hereby dismissed on the merits and with prejudice.

9. The parties are ordered to comply with the terms and provisions of the Settlement Agreement and this Final Judgment. The Court will retain jurisdiction with respect to implementation and enforcement of the terms of the Settlement Agreement. All signatories to the Settlement Agreement hereby submit to the continuing jurisdiction of the Court for purposes of implementing and enforcing this Final Judgment and the terms of the Settlement Agreement, and resolving Dempsey & Associates, P.A.'s request for attorneys' fees and costs.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 25, 2011.

Copies furnished to:

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Counsel of Record
Unrepresented Party